AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Lydia Vega,

    Plaintiff,

        V.

Chicago Park District,

    Defendant.

CASE NUMBER: 13 cv 00451

ASSIGNED JUDGE: James B. Zagel

DESIGNATED MAGISTRATE JUDGE: Daniel G. Martin

TO: (Name and address of Defendant)

Chicago Park District
451 North Fairbanks Court
Chicago, Illinois 60611

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine Simmons-Gill
Offices of Catherine Simmons-Gill, LLC
111 West Washington Street
Suite 1051
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Thom

THO

(By) D]
THOMAS G. BRUTON, CLERK

*[signature]*

(By) DEPUTY CLERK

DATE

January 23, 2013

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| 13 CV 00451 | **RETURN OF SERVICE** | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | 1/24/2013 |
| NAME OF SERVER (PRINT) R MURBACH | TITLE | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 415 N. FAIRBANKS COURT, CHICAGO, IL ON CHICAGO PARK DISTRICT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/24/2013

Signature of Server: R. Murbach

Address of Server: 9460 W IRVING PARK RD, SUITE 2145, Schiller Park, IL 60176

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.