**EXHIBIT E**

# DEPOSITION OF DEFENDANT'S LIST OF DESIGNEES BY DESIGNEE

## 1. LEROI CATLIN

| Topic | Designee | Notes |
|---|---|---|
| TOPIC I | Leroi Catlin | not a CPD employee |
| | | partial designee c,d,e,I,J |
| Topic III | Leroi Catlin | |
| | | partial designee for a,b,e,f,g |
| Topic IV | Leroi Catlin | |
| | | partial designee for c |
| Topic VI | Leroi Catlin | |
| | | partial designee for b, d |

## 2. MICHAEL HESTER

| Topic | Designee | Notes |
|---|---|---|
| TOPIC I | Michael Hester | not a CPD employee |
| | | partial designee c,d,e,I,J |
| Topic III | Michael Hester | |
| | | partial designee for a,b,e,f |
| Topic IV | Michael Hester | |
| | | partial designee for c |
| Topic Vi | Michael Hester | |
| | | partial designee for d |

## 3. MICHAEL SIMPKINS

| Topic | Designee | Notes |
|---|---|---|
| Topic I | Simpkins | only designee a, b |
| | | partial designee for d, e,f,g, I, j |
| Topic IV | Michael Simpkins | |
| | | partial designee for e for Nereida Aviles & Maria Ortiz |

## 4. MARY SAIEVA

| Topic | Designee | Notes |
|---|---|---|
| Topic III | Mary Saieva | |
| | | partial designee for a,b,c,d,h,I,j |
| Topic VI | Mary Saieva e | |

## 5. EDWARD SKERRETT

| Topic | Designee | Notes |
|---|---|---|
| Topic I | Edward Skerrett | only designee for f, g, h, |
| | | partial designee for c, d, e, f, g, h, I, j |
| Topic III | Edward Skerrett | |
| | | partial designee for a,b |
| Topic VI | Edward Skerrett | |
| | | partial designee for d |

## 6. ALISON PERONA

| Topic | Designee | Notes |
|---|---|---|
| Topic I | Alison Perona only designee for A | |
| Topic IV | Alison Perona April 2012 to present | |
| | | partial designee for a,b,c,d |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 48 | **7. MATT MARINO** | | | | | | | | |
| 49 | Topic I | Matt Marino | | | | | | | |
| 50 | | | partial designee unclear "Other"  g, J | | | | | | |
| 51 | Topic VI | Matt Marino e for Nereida Aviles | | (He is not the Chief Programming officer any more.) | | | | | |
| 52 | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | **8. DESIGNEES FOR SUBTOPICS WITHIN A SINGLE TOPIC** | | | | | | | | |
| 55 | Topic I | Cynthia Moreno | | (no longer employed by the Chicago park District) | | | | | |
| 56 | | | partial designee Other Looks like 8 or g but not part of the sequeance we ask. | | | | | | |
| 57 | | Cynthia Rosario | | | | | | | |
| 58 | | | partial designee for  j | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | Topic IV | Kennet Tassone  Nov 2010 - Oct 2011 | | | | | | | |
| 62 | | | partial designee for a,b,c | | | | | | |
| 63 | | Russ Needler Oct 2011 - May 2012 | | | | | | | |
| 64 | | | partial designee for a,b,c | | | | | | |
| 65 | | Heather Keil | (no longer employed by the Chicago park District) | | | | | | |
| 66 | | | partial designee for d | | | | | | |
| 67 | | | | | | | | | |
| 68 | Topic VI | Anita Gilkey  a | | | | | | | |
| 69 | | | | | | | | | |
| 70 | | Martin Drumm | | | | | | | |
| 71 | | | partial designee for b,c | | | | | | |
| 72 | | Leroi Catlin | | | | | | | |
| 73 | | | partial designee for b | | | | | | |
| 74 | | Beka Reierson | | | | | | | |
| 75 | | | partial designee for c | | | | | | |
| 76 | | Cynthia Ramirez e for Nereida Aviles | | | | | | | |
| 77 | | | | | | | | | |