**EXHIBIT F**

# DEPOSITION OF DEFENDANT'S LIST OF DESIGNEES BY TOPIC

## I. Investigation of othe Park Supervisors (total designees - 8)

| | |
|---|---|
| Simpkins only designee a, b | internally contradictory |
| partial designee for d, e,f,g, I, j | Simpkins, Skerrett, Hester, Catlin, Moreno and Marino listed for parts of c,d, e, f, g , but Skerrett is also designee for f, g and h |
| Alison Perona only designee for A | |
| Edward Skerrett only designee for f, g, h, | |
| partial designee for c, d, e, f, g, h, I, j | |
| Leroi Catlin  not a CPD employee | |
| partial designee c,d,e,I,J | |
| Michael Hester  not a CPD employee | |
| partial designee c,d,e,I,J | |
| Matt Marino | |
| partial designee for J | |
| Cynthia Moreno  (no longer employed by the Chicago park District) | |
| partial designee (?) | |
| Cynthia Rosario | |
| partial designee for j | |

## III. Plaintiff - All diciplinary action and investigations (total designees - 4)

| |
|---|
| Michael Hester |
| partial designee for a,b,e,f |
| Leroi Catlin |
| partial designee for a,b,e,f,g |
| Edward Skerrett |
| partial designee for a,b |
| Mary Saieva |
| partial designee for a,b,c,d,h,I,j |

## IV. The working of defendants anonymous whistleblower (total designees - 6)

| |
|---|
| Kennet Tassone  Nov 2010 - Oct 2011 |
| partial designee for a,b,c |
| Russ Needler Oct 2011 - May 2012 |
| partial designee for a,b,c |
| Alison Perona April 2012 to present |
| partial designee for a,b,c,d |
| Leroi Catlin |
| partial designee for c |
| Michael Hester |
| partial designee for c |
| Heather Keil  (no longer employed by the Chicago park District) |
| partial designee for d |

## VI. Performance and disciplinary records of other CPD employees (total designees - 11 plus no designee for certain records)

| |
|---|
| Anita Gilkey  a |

|    | A | B | C | D | E | F | G | H | I | J | K | L |
|----|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 |   | Martin Drumm |   |   |   |   |   |   |   |   |   |   |
| 56 |   |   | partial designee for b,c |   |   |   |   |   |   |   |   |   |
| 57 |   | Leroi Catlin |   |   |   |   |   |   |   |   |   |   |
| 58 |   |   | partial designee for b |   |   |   |   |   |   |   |   |   |
| 59 |   | Beka Reierson |   |   |   |   |   |   |   |   |   |   |
| 60 |   |   | partial designee for c |   |   |   |   |   |   |   |   |   |
| 61 |   | Edward Skerrett |   |   |   |   |   |   |   |   |   |   |
| 62 |   |   | partial designee for d |   |   |   |   |   |   |   |   |   |
| 63 |   | Michael Hester |   |   |   |   |   |   |   |   |   |   |
| 64 |   |   | partial designee for d |   |   |   |   |   |   |   |   |   |
| 65 |   | Leroi Catlin |   |   |   |   |   |   |   |   |   |   |
| 66 |   |   | partial designee for d |   |   |   |   |   |   |   |   |   |
| 67 |   | NO DESIGNEE FOR SEVERAL INDIVIDUALS ("Unsure who investigated" is given as additional answer). |   |   |   |   |   |   |   |   |   |   |
| 68 |   | Mary Saieva e |   |   |   |   |   |   |   |   |   |   |
| 69 |   | Michael Simpkins |   |   |   |   |   |   |   |   |   |   |
| 70 |   |   | partial designee for e for Nereida Aviles & Maria Ortiz |   |   |   |   |   |   |   |   |   |
| 71 |   | Matt Marino e for Nereida Aviles    (He is not the Chief Programming officer any more.) |   |   |   |   |   |   |   |   |   |   |
| 72 |   | Cynthia Ramirez e for Nereida Aviles |   |   |   |   |   |   |   |   |   |   |