## CERTIFICATE OF SERVICE

The undersigned, Catherine Simmons-Gill, an attorney, certifies that a copy of **PLAINTIFF'S RULE 72 OBJECTIONS TO ORDER OF MAGISTRATE JUDGE MARTIN ENTERED MARCH 25, 2015** and the related Notice of Motion was served on April 7, 2015 by electronic means, namely the PACER system of the Clerk of the District Court for the Northern District of Illinois, to the following persons:

>Nelson A. Brown, Jr.
>Chicago Park District
>541 North Fairbanks Court
>Chicago, Illinois 60611
>nelson.brown@chicagoparkdistrict.com

>    s/Catherine Simmons-Gill
>    Catherine Simmons-Gill