# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Lydia Vega,

Plaintiff(s),

v.

Chicago Park District,

Defendant(s).

Case No. 13 C 451
Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of the Plaintiff Lydia Vega on the discrimination claim and against the Defendant Chicago Park District.

This action was *(check one)*:

☒ tried by a jury with Judge Jorge L. Alonso presiding, and the jury has rendered a verdict.
☐ tried by Judge Jorge L. Alonso without a jury and the above decision was reached.
☐ decided by Judge Jorge L. Alonso on a motion

Date: 3/14/2017

Thomas G. Bruton, Clerk of Court

Nicole Fratto , Deputy Clerk